# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PEDDLER'S PAVILION LLC,

    Plaintiff,

v.                                                                                        No. 18-cv-1042 GJF/SMV

REPUBLIC UNDERWRITERS
INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     November 30, 2018, at 9:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **November 30, 2018, at 9:30 a.m.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                    **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**