IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEDDLER'S PAVILION LLC,

    Plaintiff,

v.                                      Case No. 2:18-cv-01042-KG-SMV

REPUBLIC UNDERWRITERS
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant jointly move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

By: */s/ Lindsey P. Bruning*
Jose R. Blanton
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
Post Office Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
jblanton@rodey.com
tzangara@rodey.com

Lindsey P. Bruning *(admitted pro hac vice)*
Texas Bar No. 24064967
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994
lbruning@zelle.com

**ATTORNEYS FOR DEFENDANT REPUBLIC UNDERWRITERS INSURANCE COMPANY**

**- and –**

By: */s/ Derek L. Fadner*
Jonathan L.R. Baeza,
**MARTINEZ & MARTINEZ LAW FIRM, PLLC**
730 E. Yandell Drive
El Paso, Texas 79902
jonathan@martinezlawyers.com

James M. McClenny
J. Zachary Moseley
Derek L. Fadner
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
516 Heights Blvd
Houston, Texas 77007
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**